UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20839
_____

TAHIR S. RAZVI,

Plaintiff-Appellant,

versus

GUARANTEE LIFE INSURANCE COMPANY; S&B ENGINEERS AND CONSTRUCTORS,
LTD.,

Defendants,

GUARANTEE LIFE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
Civil Docket #H-00-CV-521
_____

May 10, 2001

Before JONES, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of

the briefs and pertinent portions of the record.  Having done so,

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.